UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ROBIN DALE GRATHWOL and ANN F. )
GRATHWOL LIVING TRUST, )
    Appellants, )
) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 7:14-CV-83-F**
  v. )
)
COASTAL CAROLINA DEVELOPERS, INC., )
HANOVER LAND, LLC, W AND B )
INVESTMENT COMPANY, INC., COSWALD, )
LLC, B. LEON SKINNER, WALTER T. WILSON, )
    Appellees. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the the orders of the Bankruptcy Court in Adversary Proceedings 13-00023-8-SWH, 13-00024-8-SWH, and 13-00025-8-SWH dismissing the actions for lack of subject matter jurisdiction are AFFIRMED.

**This Judgment Filed and Entered on January 12, 2015, and Copies To:**

George Mason Oliver (via CM/ECF Notice of Electronic Filing)
David J. Haidt (via CM/ECF Notice of Electronic Filing)


DATE                              JULIE A. RICHARDS, CLERK
January 12, 2015                /s/ Susan K. Edwards
                                        (By) Susan K. Edwards, Deputy Clerk